```
                                                    FILED
                                                February 5, 2007
    UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                               EASTERN DISTRICT OF
        EASTERN DISTRICT OF CALIFORNIA             CALIFORNIA
                                                  DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-mj-12 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Benson Joe ) | |
| ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release Benson Joe  Case  2:07-mj-12 GGH  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    X   Unsecured bond $100,000 to be replaced by secured bond secured by the full equity in the property with a minimum of $75,000 – to be posted within 2 weeks

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    X   (Other) __PTS conditions/supervision; passport to be surrendered prior to release__

Issued at  Sacramento, CA  on  2/5/07   at  4:40 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge