DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. MJ-S-07-012 GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | |
| BENSON JOE, | ) | DATE:   March 22, 2007 |
| | ) | TIME:   2:00 p.m. |
| Defendant. | ) | COURT:  Duty Magistrate Judge |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the preliminary hearing currently scheduled for Thursday, February 22, 2007, should be continued to Thursday, March 22, 2007, at 2:00 p.m.

Defense counsel and the government seek additional time to conduct investigation and to explore pre-indictment settlement. Discussions following this further investigation will likely affect how the case is ultimately charged.

//

//

//

1

     The defendant personally consents to the continuance and agrees that good cause has been shown.

DATED:  February 13, 2007            McGREGOR W. SCOTT
                                     United States Attorney

                               by    /s/ Heiko Coppola
                                     Heiko Coppola
                                     Assistant U.S. Attorney

DATED:  February 13, 2007            DANIEL J. BRODERICK
                                     Federal Defender

                               by    /s/ Ned Smock
                                     Ned Smock
                                     Assistant Federal Defender

DATED:  February __, 2007             /s/ Benson Joe
                                     Benson Joe
                                     Defendant (original signature
                                     retained in counsel's file)

                                Order

     Good cause appearing, the same is hereby ordered.

     IT IS SO ORDERED.

DATED:  February 15, 2007.

                                     _____
                                     U.S. MAGISTRATE JUDGE