DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. MJ-S-07-012 GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER EXCLUDING TIME |
| v. | ) | |
| BENSON JOE, | ) | DATE: March 22, 2007 |
| | ) | TIME: 2:00 p.m. |
| Defendant. | ) | COURT: Duty Magistrate Judge |

## Stipulation

The parties, through undersigned counsel, submitted a stipulation and proposed order that was signed by the court on February 16, 2007 continuing the preliminary hearing in this matter from Thursday, February 22, 2007 to Thursday, March 22, 2007, at 2:00 p.m.

It is stipulated that the period from February 22, 2007 until March 22, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.  Defense counsel and the government need additional time to conduct investigation and to explore pre-indictment settlement.

1

```
1  DATED:  February 19, 2007            McGREGOR W. SCOTT
                                        United States Attorney
2

3                                 by    /s/ Heiko Coppola
                                        Heiko Coppola
4                                       Assistant U.S. Attorney

5  DATED:  February 19, 2007            DANIEL J. BRODERICK
                                        Federal Defender
6

7                                 by    /s/ Ned Smock
                                        Ned Smock
8                                       Assistant Federal Defender
```

## Order

Good cause appearing, the same is hereby ordered.

IT IS SO ORDERED.

DATED: February 23, 2007.

_____
U.S. MAGISTRATE JUDGE

2