DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ-S-07-012 GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER REGARDING |
| | ) | BAIL BOND |
| v. | ) | |
| | ) | |
| BENSON JOE, | ) | DATE:  March 22, 2007 |
| | ) | TIME:  2:00 p.m. |
| Defendant. | ) | COURT: Kimberly J. Mueller |
| _____ | ) | |

<u>Stipulation</u>

At the bail hearing held on February 5, 2007, the court ordered that bail would be granted using all available equity in the property located at 5204 Cleveland Bay, Elk Grove, CA  95757.

///
///
///
///
///
///
///

1

1     The partiesw now agree that a $100,000.00 in available equity
2 shall be used to secure the bond.

4 DATED:   February 12, 2007        McGREGOR W. SCOTT
                                       United States Attorney

6                               by   /s/ Heiko Coppola
                                       Heiko Coppola
7                                        Assistant U.S. Attorney

8 DATED:   February 12, 2007        DANIEL J. BRODERICK
                                       Federal Defender

10                               by   /s/ Ned Smock
                                       Ned Smock
11                                       Assistant Federal Defender

13                               <u>ORDER</u>

14     Good cause appearing, the same is hereby ordered.
15     IT IS SO ORDERED.
16 DATED:   March 15, 2007.

                                       U.S. MAGISTRATE JUDGE