```
1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. Cr-S-07-012 GGH |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | |
| | ) | |
| BENSON JOE, | ) | DATE:  April 12, 2007 |
| | ) | TIME:  2:00 p.m. |
| Defendant. | ) | COURT: Duty Magistrate Judge |
| _____ | ) | |

### Stipulation

The parties, through undersigned counsel, stipulate that the preliminary hearing currently scheduled for Thursday, March 22, 2007, should be continued to Thursday, April 12, 2007, at 2:00 p.m.

Defense counsel and the government seek additional time to conduct investigation and to explore pre-indictment settlement. Discussions following this further investigation will likely affect how the case is ultimately charged.

//

//

//

1

     The defendant personally consents to the continuance and agrees that good cause has been shown.

DATED: March 15, 2007          McGREGOR W. SCOTT
                               United States Attorney


                               by   /s/ Heiko Coppola
                                   Heiko Coppola
                                   Assistant U.S. Attorney

DATED: March 15, 2007          DANIEL J. BRODERICK
                               Federal Defender


                               by   /s/ Ned Smock
                                   Ned Smock
                                   Assistant Federal Defender


DATED: March 15, 2007             /s/ Benson Joe
                                  Benson Joe
                                  Defendant (original signature
                                  retained in counsel's file)

## Order

   Good cause appearing, the same is hereby ordered.

   IT IS SO ORDERED.

DATED: March 16, 2007.

                               _____
                               Edmund F. Brennan
                               U.S. Magistrate Judge

2