1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6

7
               IN THE UNITED STATES DISTRICT COURT
8
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,    )    CASE NO. Cr-S-07-012 GGH
11                              )
                 Plaintiff,     )    STIPULATION AND ORDER EXCLUDING
12                              )    TIME
         v.                     )
13                              )
   BENSON JOE,                  )    DATE:   April 12, 2007
14                              )    TIME:   2:00 p.m.
                 Defendant.     )    COURT:  Duty Magistrate Judge
15 _____)

16                            Stipulation

17      The parties, through undersigned counsel, submitted a

18 stipulation and proposed order that was signed by the court on March

19 16, 2007 continuing the preliminary hearing in this matter from

20 March 22, 2007 to April 12, 2007, at 2:00 p.m.

21      It is stipulated that the period from March 22, 2007 until April

22 12, 2007 be excluded in computing the time within which trial must

23 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

24 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation

25 //

26 //

27 //

28 //

                                  1

of counsel.   Defense counsel and the government need additional time
to conduct investigation and to explore pre-indictment settlement.


DATED:  March 16, 2007                McGREGOR W. SCOTT
                                      United States Attorney


                             by    /s/ Heiko Coppola
                                   Heiko Coppola
                                   Assistant U.S. Attorney

DATED:  March 16, 2007                DANIEL J. BRODERICK
                                      Federal Defender


                             by    /s/ Ned Smock
                                   Ned Smock
                                   Assistant Federal Defender




                              Order

     Good cause appearing, the same is hereby ordered.

     IT IS SO ORDERED.

DATED:  March 19, 2007.

                             EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE

2