```
 1 │ DANIEL BRODERICK, Bar # 89424
   │ Federal Defender
 2 │ NED SMOCK, Bar # 236238
   │ Assistant Federal Defender
 3 │ 801 I Street, 3rd Floor
   │ Sacramento, California 95814
 4 │ Telephone: (916) 498-5700
 5 │
 6 │
 7 │              IN THE UNITED STATES DISTRICT COURT
 8 │
   │           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9 │
10 │
   │ UNITED STATES OF AMERICA,     )   CASE NO. MJ-S-07-012 GGH
11 │                               )
   │             Plaintiff,        )   STIPULATION AND
12 │                               )   ORDER REGARDING BAIL BOND
   │      v.                       )
13 │                               )
   │ BENSON JOE,                   )   DATE:   March 22, 2007
14 │                               )   TIME:   2:00 p.m.
   │             Defendant.        )   COURT:  Kimberly J. Mueller
15 │ _____)
16 │
17 │
   │                         Stipulation
18 │
   │      At the bail hearing held on February 5, 2007, the court ordered
19 │
   │ that bail would be granted using all available equity in the
20 │
   │ property located at 5204 Cleveland Bay, Elk Grove, CA  95757.
21 │
   │ ///
22 │
   │ ///
23 │
   │ ///
24 │
   │ ///
25 │
   │ ///
26 │
   │ ///
27 │
   │ ///
28 │
```

1

1 |     The partiesw now agree that a $100,000.00 in available equity
2 | shall be used to secure the bond.
3 |
4 | DATED: February 12, 2007      McGREGOR W. SCOTT
      United States Attorney
5 |
6 |       by  /s/ Heiko Coppola
      Heiko Coppola
7 |       Assistant U.S. Attorney
8 | DATED: February 12, 2007      DANIEL J. BRODERICK
      Federal Defender
9 |
10 |       by  /s/ Ned Smock
      Ned Smock
11 |       Assistant Federal Defender

ORDER

Good cause appearing, the same is hereby ordered.

IT IS SO ORDERED.

DATED: ~~February~~ March 20, 2007.

GREGORY G. HOLLOWS
United States Magistrate Judge

2