```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554 2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   2:07-MJ-0012-GGH
                                )
12          Plaintiff,          )
                                )
13      v.                      )
                                )   MOTION TO DISMISS COMPLAINT;
14  BENSON JOE,                 )   [PROPOSED] ORDER
                                )
15          Defendant.          )
                                )
16
17      The United States hereby moves to dismiss the complaint
18  against defendant Joe without prejudice.  Defendant Joe's
19  preliminary hearing and/or indictment had been postponed so that
20  the parties could conduct pre-indictment plea negotiations.
21  Those negotiations have failed.  The case is not yet ready for
22  indictment and additional investigation is required.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

Accordingly, the United States now moves to dismiss the criminal complaint without prejudice.

Dated: April 11, 2007

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      By: /s/ Heiko P. Coppola
                                          HEIKO P. COPPOLA
                                          Assistant U.S. Attorney

<u>ORDER</u>

IT IS SO ORDERED.

For the reasons stated above, [and based upon the representation that defense counsel does not object,] the criminal complaint is dismissed without prejudice.

Dated: April 11, 2007

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      U.S. Magistrate Judge