DANIEL J. BRODERICK, #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BENSON JOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. No. 07-0012 GGH |
| ) | |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER AND ORDER |
| v. ) | EXONERATING BOND |
| ) | |
| BENSON JOE, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| ) | |
| _____ ) | |

On or about March 13, 2007, a receipt for a Deed of Trust in the amount of $100,000 was filed with the Sacramento County Recorders Office in case: U.S. v. Benson Joe, Mag. No. 07-012 GGH.

On April 11, 2007 an order to Dismiss Complaint was signed by Judge Drozd.

///

///

///

It is hereby requested that the $100,000 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property located at 5204 Cleveland Bay Way, Elk Grove, CA 95757.

Dated:  April 12, 2007

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Ned Smock
                                      NED SMOCK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      BENSON JOE


**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $100,000 secured by Ms. Betty Ching-Wen Huang is hereby exonerated.

DATED: April 12, 2007.

                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/joe0012.ord