DANIEL J. BRODERICK, #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BENSON JOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. No. 07-0012 GGH |
| ) | |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER RELEASING |
| v. ) | PASSPORT AND ORDER |
| ) | |
| BENSON JOE, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| ) | |
| _____ ) | |

    On February 5, 2007, Benson Joe was released from custody after he surrendered his passport to United States Pretrial Services.

    On April 11, 2007 an order to Dismiss Complaint was signed by Judge Drozd.

///

///

///

///

1	It is hereby requested that the Clerk of the District Court be
2  directed to reconvey the passport to Mr. Joe.

Dated:  April 13, 2007
	Respectfully submitted,

	DANIEL J. BRODERICK
	Federal Defender


	/s/ Ned Smock
	NED SMOCK
	Assistant Federal Defender
	Attorney for Defendant
	BENSON JOE


**O R D E R**

IT IS HEREBY ORDERED that Clerk of the Court shall release the passport to Benson Joe.

DATED: April 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE



Ddad1/orders.criminal/joe0012.ord(2)

Request to Release Passport/07-012         -2-